AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Dolores Jane Boden, Jeanine Godsey, and Patricia Schaefer, on behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.     Civil Action No. 2:16-cv-49-DLB-CJS

St. Elizabeth Medical Center, Inc., The St. Elizabeth Medical Center Employees' Pension Plan Administrative Committee, and John Does 1-20

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ST. ELIZABETH MEDICAL CENTER, INC.
via Registered Agent
Robert M. Hoffer
207 Thomas More Parkway
Crestview Hills, KY 41017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mehr, Fairbanks & Peterson Trial Lawyers, PLLC
Erik D. Peterson
201 West Short Street, Suite 800
Lexington, KY 40507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   03/17/2016                                Robert R. Carr, Clerk   /eco

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-49-DLB-CJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Robert M. Hoffer, Registered Agent**

was received by me on *(date)* **03/28/2016**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Robert M. Hoffer**, who is designated by law to accept service of process on behalf of *(name of organization)* **St. Elizabeth Medical Center, Inc.** on *(date)* **03/24/2016** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **03/30/2016**

*Server's signature*

**Erik D. Peterson, Attorney**
*Printed name and title*

201 West Short Street, Suite 800
Lexington, KY 40507
859-225-3731
*Server's address*

Additional information regarding attempted service, etc: