# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

**DOLORES JANE BODEN, ET AL.**                                              PLAINTIFFS

vs.                                          Civil Action No. 2:16-cv-00049-DLB-CJS

**ST. ELIZABETH MEDICAL
CENTER, INC., ET AL.**                                                      DEFENDANTS

## RULE 7.1 DISCLOSURE STATEMENT OF THE DEFENDANTS

Come now the Defendants, St. Elizabeth Medical Center, Inc. and the St. Elizabeth Medical Center Employees' Pension Plan Administrative Committee (collectively, "Defendants"), by counsel, and make the following disclosures pursuant to Fed. R. Civ. P. 7.1:

1. Defendants do not have any parent corporation(s).

2. No publicly held corporation owns 10% or more of Defendants' stock.

Respectfully submitted,

/s/Mark D. Guilfoyle
Mark D. Guilfoyle (KY Bar #27625)
Richard G. Meyer (KY Bar #47554)
Christopher B. Markus (KY Bar # 92613)
Mark R. Hervey (KY Bar # 95301)
DRESSMAN BENZINGER LAVELLE PSC
207 Thomas More Parkway
Crestview Hills, Kentucky 41017
(859) 341-1881
mguilfoyle@dbllaw.com
rmeyer@dbllaw.com
cmarkus@dbllaw.com
mhervey@dbllaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was filed on this 13th day of April, 2016, using the Court's CM/ECF System, which will in turn serve the foregoing upon all counsel of record.

                                            /s/Mark D. Guilfoyle