# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

**DOLORES JANE BODEN, ET AL.**                                                **PLAINTIFFS**

       vs.                                                Civil Action No. 2:16-cv-00049-DLB-CJS

**ST. ELIZABETH MEDICAL**
**CENTER, INC., ET AL.**                                                **DEFENDANTS**

## AGREED SCHEDULING ORDER

Upon agreement of the parties, and the Court in all ways being sufficiently advised, it is hereby ORDERED that:

1. Defendants shall have up to and including May 31, 2016, to answer or otherwise respond to Plaintiffs' complaint.

2. In the event Defendants file a motion to dismiss Plaintiffs' complaint, then Plaintiffs shall file a response memorandum within sixty (60) days of service of the motion. Defendants shall file a reply memorandum within thirty (30) days of service of Plaintiffs' response.

3. If Plaintiffs file a motion pursuant to Fed. R. Civ. P. 23(g)(3), they shall do so on or before May 31, 2016. In the event Plaintiffs file such a motion, Defendants will not oppose the motion.

_____                          _____
DATE                                                                             UNITED STATES DISTRICT JUDGE

Have seen and agreed:

<table>
<tr><td>

/s/Mark D. Guilfoyle
Mark D. Guilfoyle (KY Bar #27625)
Richard G. Meyer (KY Bar #47554)
Christopher B. Markus (KY Bar #92613)
Mark R. Hervey (KY Bar #95301)
DRESSMAN BENZINGER LAVELLE PSC
207 Thomas More Parkway
Crestview Hills, Kentucky 41017
(859) 341-1881
mguilfoyle@dbllaw.com
rmeyer@dbllaw.com
cmarkus@dbllaw.com
mhervey@dbllaw.com

*Attorneys for Defendants*

</td><td>

/s/ Erik D. Peterson
Erik D. Peterson
MEHR FAIRBANKS & PETERSON
201 West Short Street, Suite 800
Lexington, Kentucky 40507
(859) 225-3731
edp@austinmehr.com

KESSLER TOPAZ MELTZER & CHECK, LLP
Edward W. Ciolko
Donna Siegel Moffa
Mark K. Gyandoh
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
eciolko@ktmc.com
dmoffa@ktmc.com
mgyandoh@ktmc.com
jsjohnson@ktmc.com

IZARD NOBEL LLP
Robert A. Izard
Mark P. Kindall
29 South Main Street, Suite 305
West Hartford, Connecticut 06107
(860) 493-6292
rizard@izardnobel.com
mkindall@izardnobel.com

*Attorneys for Plaintiffs*

</td></tr>
</table>

516533v1

516666v1